**Order filed March 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00904-CV

_____

## GARRY WASHINGTON, Appellant

## V.

## COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2009-71582**

## O R D E R

Appellant filed a notice of appeal on September 21, 2012. The clerk's record was filed December 3, 2012. No reporter's record was taken. To date, appellant has not filed a brief or a motion for extension of time to file his brief.

Unless appellant files his brief with the clerk of this court on or before **April 1, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM